**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Laborers' Pension Fund, et al.
                           Plaintiff,

v.                                    Case No.: 1:14–cv–04165
                                          Honorable Elaine E. Bucklo

Ameri Environmental, Inc.
                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 21, 2014:

      MINUTE entry before the Honorable Elaine E. Bucklo: Motion hearing held on 7/21/2014 regarding motion for default judgment, [10]. Plaintiffs' Motion for entry of default judgment [10] is granted. Enter Judgment Order in favor of plaintiffs and against defendant in the amount of $22,095.38. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.